Same case below, 25 So. 3d 536.

Same case below, 357 Fed. Appx. 738.

**No. 09-10044. Berny Serrano, Petitioner v. Florida.**

560 U.S. 956, 130 S. Ct. 3391, 177 L. Ed. 2d 310, 2010 U.S. LEXIS 4590.

June 7, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 15 So. 3d 629.

**No. 09-10045. Oscar L. Shaw, Petitioner v. University of Texas Medical Branch, et al.**

560 U.S. 956, 130 S. Ct. 3405, 177 L. Ed. 2d 310, 2010 U.S. LEXIS 4654.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-10046. Ishmael Salahuddin, aka Ismail Saladin, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

560 U.S. 956, 130 S. Ct. 3391, 177 L. Ed. 2d 310, 2010 U.S. LEXIS 4640.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-10047. Rudy Stanko, Petitioner v. Robert Patton, et al.**

560 U.S. 956, 130 S. Ct. 3391, 177 L. Ed. 2d 310, 2010 U.S. LEXIS 4583.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-10051. Albert Mullaly, Petitioner v. Florida.**

560 U.S. 957, 130 S. Ct. 3391, 177 L. Ed. 2d 310, 2010 U.S. LEXIS 4571.

June 7, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 29 So. 3d 295.

**No. 09-10052. Kenneth W. Polly, Petitioner v. Oklahoma.**

560 U.S. 957, 130 S. Ct. 3391, 177 L. Ed. 2d 310, 2010 U.S. LEXIS 4576.

June 7, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Oklahoma denied.

**No. 09-10065. Casey Nelson, Petitioner v. Texas.**

560 U.S. 957, 130 S. Ct. 3392, 177 L. Ed. 2d 310, 2010 U.S. LEXIS 4693.

June 7, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Seventh District, denied.

Same case below, 297 S.W.3d 424.